UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20446-CIV-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PROCEEDS OF HEALTH CARE FRAUD TRANSFERRED TO CERTAIN DOMESTIC BANK ACCOUNTS and ACCRUED INTEREST,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the property is hereby forfeited to the United States of America by default in accordance with the warrant of arrest in rem, **(D.E. No. 5)**, filed on **February 22, 2010** and for failure to comply with Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims. Furthermore default judgment is entered because process was duly issued in this cause and no claim or answer was filed. Accordingly, it is

**ORDERED and ADJUDGED:**

(1) Default Judgment is entered against Defendant property $1,447,097.75 deposited in Bank of America Account 004433379236 in the name of Premier Quality Physical Therapy, Inc.

(2) Default Judgment is entered against Defendant property $386,431.00 deposited in Bank

of America Account 098026246351 in the name of Premier Quality Physical Therapy, Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of June, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record